UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

PAMELA STITH, )
 )
        Plaintiff, )
 ) **JUDGMENT IN A CIVIL CASE**
    v. )
 ) **CASE NO. 5:16-CV-689-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 24]. Plaintiffs motion for judgment on the pleadings [D.E. 18] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 21] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on November 29, 2017, and Copies To:**
Kyu-Eun Lee     (via CM/ECF electronic notification)
Mark J. Goldenberg     (via CM/ECF electronic notification)

DATE:     PETER A. MOORE, JR., CLERK
November 29, 2017     (By) /s/ Nicole Briggeman
    Deputy Clerk