IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-cv-00689-D

PAMELA STITH, )
 )
              Plaintiff, )
 )
v. )
 )
NANCY A. BERRYHILL, )
  Acting Commissioner of Social Security, )
 )
             Defendant. )
 )

## ORDER FOR PAYMENT OF ATTORNEY FEES

The Court hereby awards Plaintiff $2,782.40 in attorney fees under the Equal Access to Justice Act (28 U.S.C. § 2412(c) and (d)), paid to Plaintiff's attorney if there is no debt that qualifies under the Treasury Offset Program (31 U.S.C. § 3716). If there is such a debt, any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's attorney.

SO ORDERED. This __12__ day of January 2018.

                                     JAMES C. DEVER III
                                     CHIEF UNITED STATES DISTRICT JUDGE