UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

PAMELA STITH, )
               Plaintiff, )
   v. )
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security, )
               Defendant. )

**JUDGMENT IN A CIVIL CASE**

**CASE NO. 5:16-CV-689-D**

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby awards Plaintiff $2,782.40 in attorney fees under the Equal Access to Justice Act (28 U.S.C. § 2412(c) and (d)), paid to Plaintiff's attorney if there is no debt that qualifies under the Treasury Offset Program (31 U.S.C. § 3716). If there is such a debt, any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's attorney.

**This Judgment Filed and Entered on January 12, 2018, and Copies To:**
Kyu-Eun Lee                                    (via CM/ECF electronic notification)
Mark J. Goldenberg                      (via CM/ECF electronic notification)

DATE:                                      PETER A. MOORE, JR., CLERK
January 12, 2018                       (By) /s/ Nicole Briggeman
                                                Deputy Clerk